# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In Re: April Larson,                                          BKY 18-31280

      Debtor.                                           Chapter 7

## APPLICATION TO REOPEN CHAPTER 7 BANKRUPTCY

To:   Patti J. Sullivan, Chapter 7 Trustee, the U.S. Trustee, and the other entities specified in Local Rule 5010-1:

### BACKGROUND

1. April Larson applies for the relief requested below.

2. This Court has jurisdiction over this application pursuant to 28 U.S.C. §§ 157(a) and 1334, Bankruptcy Rule 5010 and Local Rule 5010-1. This is a core proceeding.

3. Larson filed for relief under Chapter 7 of the Bankruptcy Code on April 25, 2018 and received a discharge on August 6, 2018. The case was closed on August 21, 2018.

4. Larson moves this Court for an Order reopening her case under 11 U.S.C. § 350(b) so that she can amend Schedule A/B and Schedule C.

### UNKNOWN INTEREST IN REAL PROPERTY

5. Larson and her husband wed on March 31, 2016.

6. Prior to their marriage, Larson's husband was the sole fee simple owner of his homestead, located at 22180 Berring Ave, Farmington, MN 55024 and legally described as "Lot 19, Block 3, Countryside Estates, situated in Dakota County, Minnesota," subject to a mortgage held by Carrington Mortgage Services, LLC.

7. Larson began living with her husband at this property upon their marriage. It became their exclusive home.

8. On August 29, 2016, Larson's husband refinanced the Carrington mortgage encumbering their home with Wells Fargo Home Mortgage.

9. While the mortgage and note remained in Larson's husband's name after the refinance, Larson's husband added Larson to the title of the home, exclusively to simplify transfer of the property to Larson in the event of his death.

10. Larson did not know that she had acquired an interest in the property through the refinance. At the time of the refinance and the time of her subsequent bankruptcy filing, Larson did not understand herself to have any present ownership interest in the property, and believed her husband to be its sole legal owner.

11. Due to personal difficulties in their relationship, Larson moved out of her home with her husband in January 2018 and began staying with her parents. These were her living circumstances at the time of her bankruptcy filing.

12. When filing bankruptcy, Larson believed the home to be titled exclusively in her husband's name. Because he had owned the property prior to their marriage, she did not believe she even had a marital interest to list as an asset.

13. She seeks to correct this error with this motion.

## RELIEF SOUGHT

14. April Larson moves this Court for an Order reopening her Chapter 7 case for the purpose of amending Schedule A/B and Schedule C to include her half interest in her joint homestead occupied by her husband and located at 22180 Berring Ave, Farmington, MN 55024.

15. Due to the amount of equity in the home, Larson will amend Schedule C to use the Minnesota property exemptions. This will result in payment of non-exempt funds to the trustee.

16. UNLESS A RESPONSE OPPOSING THIS MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

Dated: 9/21/18

WALKER & WALKER LAW OFFICES, PLLC

/s/ Bennett Hartz

Bennett Hartz (393136)
WALKER & WALKER LAW OFFICES, PLLC
4356 Nicollet Avenue South
Minneapolis, MN 55409
(612) 824-4357
*Attorneys for April Larson*

## VERIFICATION

I, April Larson, the undersigned, declare under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.

Executed on: 9/21/18

/s/ April Larson
April Larson

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:  April Larson,                                                       BKY 18-31280

           Debtor.                                                           Chapter 7

MEMORANDUM OF LAW IN SUPPORT OF
APPLICATION TO REOPEN CHAPTER 7 BANKRUPTCY

FACTS

April Larson filed her chapter 7 Petition, Schedules, and Statement of Financial Affairs pursuant to 11 U.S.C. §301, on April 25, 2018. The court ordered a discharge order on August 6, 2018 and the case was closed on August 21, 2018.

Larson inadvertently did not list an interest in real property on her bankruptcy schedules. She believed this property belonged exclusively to her husband, who owned the property prior to their marriage and was its sole occupant at the time of her bankruptcy filing. After they wed, however, Larson's husband refinanced the mortgage encumbering the property. He instructed Larson to sign paperwork during the refinance, which she mistakenly believed made her the heir to the property should he die. In fact, he had transferred her a half interest in this real property to her, which she owned at the time of her bankruptcy filing.

ARGUMENT

Larson seeks a Court Order reopening her chapter 7 bankruptcy pursuant to 11 U.S.C. §350(b), Federal Rule of Bankruptcy Procedure 5010 and Local Rule 5010-1, to allow her to amend Schedules A/B and C.

11 U.S.C.§ 350(b) allows the court to reopen a case to "administer assets." *In re Marshall*, 211 B.R. 662, 663 (Bankr.D.Minn 1997).  A motion to reopen a bankruptcy case

should be granted only where there is a compelling reason. *In re Johnson*, 500 B.R. 594. 597 (Bankr.D.Minn. 2013)(Citing *In re Borer*, 73 B.R. 29, 31 (Bankr.N.D.Ohio 1987). In this case the compelling reason to reopen the bankruptcy is to allow for the correction of ownership in the real property described above, which will both clarify title to the property in question and result in payment of non-exempt assets to Larson's bankruptcy estate, which will benefit both the creditors and Larson.

## CONCLUSION

Larson respectfully applies for a Court Order reopening her chapter 7 Bankruptcy, No. 18-31280.

Respectfully submitted,

DATED: September 21, 2018              WALKER & WALKER LAW OFFICES, PLLC

*/s/ Bennett Hartz*
Andrew C. Walker (392525)
Bennett Hartz (393136)
4356 Nicollet Avenue South
Minneapolis, MN  55409
(612) 824-4357

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In Re:  April Larson,                                                                BKY 18-31280

       Debtor.                                                                                 Chapter 7

**ORDER REOPENING CHAPTER 7 BANKRUPTCY**

An application by the debtor for an Order reopening their Chapter 7 bankruptcy case has been filed and shows cause for such reopening under Fed. R. Bankr. P. 5010 and 11 U.S.C. 350(b).

**IT IS ORDERED:**

**1.** The case is reopened;
**2.** The United States Trustee may serve as trustee if authorized, or shall appoint a trustee if appropriate;
**3.** The clerk shall serve this order on the applicant.

Date: _____                                        _____
                                                                                                Judge Michael E. Ridgway

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In Re:  April Larson,                                          BKY 18-31280

Debtor.                                                        Chapter 7

## UNSWORN CERTIFICATE OF SERVICE

     I, Bennett Hartz, declare under the penalty of perjury that on September 21, 2018, I mailed copies of the foregoing Application To Reopen Chapter 7 Bankruptcy, by first class mail postage prepaid to each entity named below at the address stated below for each entity:

United States Trustee
1015 U.S. Courthouse
300 South 4th Street
Minneapolis, MN  55415

Patti J. Sullivan, Trustee
1595 Selby Avenue, Suite 205
St. Paul, MN 55104

Creditors on the attached list


DATED:  September 21, 2018                                    */s/ Bennett Hartz*

```
Advantage Collection Professional    Dakota Electric                   Northfield Hospitals & Clinics
PO Box 353                            4300 220th Street W               2000 North Ave
Cambridge MN  55008                   Farmington MN 55024 9583          Northfield MN  55057


American Accounts and Advisers       Diversified Adjustment Service    Obstetrics and Gynecology Specia
7460 80th St S                        600 Coon Rapids Blvd              6565 France Ave #200
Cottage Grove MN  55016               Coon Rapids MN  55433             Edina, MN 55435


American Medical Collection Age      DS Erickson & Associates           Pinnacle Recovery Inc
4 Westchester Plaza Suite 10          920 2nd Ave S                     PO Box 130848
Elmsford NY 10523                     Suite 800                         Carlsbad CA 92013
                                      Minneapolis MN  55402


Capital One Bankruptcy               Emergency Physicians PA           Professional Service Bureau Inc
PO Box 30285                          5435 Feltl Rd                     911 Lund Blvd
Salt Lake City UT  84130 3285         Minnetonka MN  55343              Suite 100
                                                                        Anoka, MN 55303-0548


CBCS                                 Enhanced Recovery                  Quest Diagnostics
PO BOX 2589                           8014 Bayberry Rd                  1355 Mittle Blvd
Columbus OH 43216                     Jacksonville FL  32256 7412       Attn Patient Billing
                                                                        Wood Dale IL  60191


Charter Communications               Fairview Health Services           Reliance Recoveries
16900 Cedar Avenue South              PO Box 9372                       PO Box 29227
Rosemount MN 55068                    Minneapolis MN 55440              Minneapolis, MN 55429


City of Carlton                      Fairview Ridges Hospital           RevSolve Inc
3920 13th Ave E                       201 E Nicollet Blvd               MSC #600
Suite 6                               Burnsville, MN 55337              PO Box 52163
Hibbing, MN 55746                                                       Phoenix, AZ 85072


Comcast                              Great Lakes Higher Education       Ridges Surgery Center
9602 S 300 W Ste B                    2401 International Lane           14101 Fairview Dr, Ste 400
Sandy, UT 84070                       Madison WI 53704 3192             Burnsville, MN 55337


Convergent Outsourcing Inc           Metropolitan Anesthesia Network    South Metropolitan Anesthesia
800 SW 39th St                        14700 28th Ave N ste 120          PO Box 100
Po Box 9004                           Plymouth MN 55447                 Becker, MN 55308
Renton WA  98057


CU Recovery                          Minnesota Energy Resources         Stellar Recovery Inc
26263 Forest Blvd                     PO Box 70022                      PO Box 48370
Wyoming MN  55092                     Prescott AZ 86304-7022            Jacksonville, FL 32247-8370
```

```
Debtor(s):  April Lynn Larson                    Case No:  18-31280           DISTRICT OF MINNESOTA
                                                 Chapter 7                    ST. PAUL DIVISION
```

```
T-Mobile Bankruptcy Team
PO Box 53410
Bellevue, WA 98015




The Dental Health Center
19645 Pilot Knob Road
Farmington, MN 55024-7239




Verizon Wireless Bankruptcy Div
500 Technology Drive
Suite #550
Weldon Spring, MO 63304




Walker & Walker Law Offices
4356 Nicollet Avenue South
Minneapolis, MN 55409




Wells Fargo Home Mortgage
PO Box 10335
Des Moines IA   50306




Wings Financial Credit Union
14985 Glazier Avenue Suite 100
Apple Valley, MN 55129-6539
```